UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RED LION HOTELS FRANCHISING, INC., <br><br>    Plaintiff, <br><br>    v. <br><br> JOSEPH G. GILLESPIE III, <br><br>    Defendant. | NO: 2:20-CV-0151-TOR <br><br> JUDGMENT IN A CIVIL ACTION |

THE COURT HAS ORDERED that judgment be entered as follows:

Judgment is awarded to Plaintiff Red Lion Hotels Franchising, Inc. against Defendant Joseph G. Gillespie in the amount of $11,927,842.70, plus $170,476.29 in attorney's fees and $885.78 in costs, plus post judgment interest at the rate of 0.13% per annum.

THIS ACTION WAS decided by Judge Thomas O. Rice on Plaintiff's Motion for Partial Default Judgment (ECF No. 8).

DATED: October 15, 2020.

SEAN F. McAVOY<br>
Clerk of Court<br><br>
By: <u>s/Linda Hansen</u><br>
    Deputy Clerk

JUDGMENT IN A CIVIL CASE ~ 1